■ KINGMAN BASSETT, Individually and as Trustee, Plaintiff, v. AMERICAN METER COMPANY et al., Appellants, and ROBERT S. BASSETT et al., Respondents. KINGMAN BASSETT, Individually and as Trustee, Plaintiff, v. ROBERT S. BASSETT et al., Respondents. (Bassett case.) — Order of January 20, 1960, denying motion to consolidate the two actions and directing that they be tried together unanimously reversed, without cost of this appeal to any party and motion to consolidate granted, without costs. Same Memorandum as filed in *Bassett* v. *American Meter Co.* (20 A D 2d 956). (Appeal from order of Erie Special

958

Term denying motion to consolidate the actions.)  Present — Williams, P. J., Goldman, Henry and Del Veccio, JJ.